The SCHOOL DISTRICT OF KANSAS CITY, Missouri, Appellant,

v.

The MISSOURI LABOR AND INDUSTRIAL RELATIONS COMMISSION, et al., Respondents.

No. WD 33624.

Missouri Court of Appeals, Western District.

Nov. 16, 1982.

Shirley Ward Keeler of Blackwell, Sanders, Matheny, Weary & Lombardi, Kansas City, for appellant.

Catherine J. Barrie of Labor and Industrial Relations Com'n of Missouri, Jefferson City, for respondents.

Before SOMERVILLE, C.J., Presiding, and TURNAGE and MANFORD, JJ.

ORDER

PER CURIAM:

Appeal follows judgment in the form of an order of dismissal of petition for review of an administrative ruling for lack of jurisdiction under § 288.210, RSMo 1978.

The judgment is affirmed. Rule 84.16(b).